

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00525-CV

Victor **SOZA**, PAM Transport, Inc., PAM Cartage Carriers LLC f/k/a PAM Dedicated Services, Inc., PAM Transportation Service, Inc.,
Appellants

v.

Martha **GUADALAJARA**, Individually and as Representative of the Estate of Roberto Guadalajara-Garza and as Next Friend of Roberto Ivan Guadalajara, Eduardo Guadalajara, Isaul Guadalajara, and Kimberly Guadalajara, Minors, Edelberto Guadalajara & Maria Del Carmen Guadalajara,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 10-06-25301-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. All costs are ORDERED assessed against the party who incurred them.

SIGNED March 5, 2014.

_____
Luz Elena D. Chapa, Justice